1  David Frazee (State Bar No. 195375)
2  Greenberg Traurig LLP
   Silicon Valley Office
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California 94303
4  Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508
   Email: frazeed@gtlaw.com
6  Attorneys for Plaintiffs MATTHEW MULLENWEG
   AND AUTOMATTIC INC.
7

8
                UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13  MATTHEW MULLENWEG, an individual,    ) Case No.: C 05 4954 WHA
    and AUTOMATTIC INC., a Delaware      )
14  Corporation,                         ) **STIPULATION FOR**
                                         ) **DISMISSAL WITH PREJUDICE**
15         Plaintiffs,                   )
16                                       )
       v.                                )
17                                       )
                                         )
18  RIC JOHNSON, an individual, and      )
19  OPENDOMAIN.ORG,                      )
                                         )
20         Defendants.                   )
                                         )
21

1  TO THE COURT AND ALL PARTIES:

2      IT IS HEREBY STIPULATED, pursuant to a settlement and release
3  agreement between Plaintiffs Automattic Inc. and Matthew Mullenweg, and
4  Defendant Ric Johnson and Opendomain.org, that this Court enter a dismissal with
5  prejudice of Plaintiffs' Complaint in the above-entitled action pursuant to Fed. R.
6  Civ. P. 41, with each party to bear their own attorney's fees and costs.
7      The dismissal with prejudice shall dismiss the action in its entirety.

8
9  DATED: 1/25/06            GREENBERG TRAURIG, LLP
10
                             By: _____
11                               David Frazee
                                 **Attorneys for Plaintiffs**
12                               MATTHEW MULLENWEG
                                 and AUTOMATTIC INC.
13

14

15 DATED: _____           MCNEES WALLACE & NURICK, LLC
16
                             By: _____
17                               Jonathan P. Miller
                                 **Attorneys for Defendants**
18                               RIC JOHNSON
                                 and OPENDOMAIN.ORG
19

20

21

22

23

24

25

26

27

28

1  TO THE COURT AND ALL PARTIES:

2      IT IS HEREBY STIPULATED, pursuant to a settlement and release
3  agreement between Plaintiffs Automattic Inc. and Matthew Mullenweg, and
4  Defendant Ric Johnson and Opendomain.org, that this Court enter a dismissal with
5  prejudice of Plaintiffs' Complaint in the above-entitled action pursuant to Fed. R.
6  Civ. P. 41, with each party to bear their own attorney's fees and costs.

7      The dismissal with prejudice shall dismiss the action in its entirety.

9  DATED: _____            GREENBERG TAURIG, LLP

10                             By: _____
11                                David Frazee
                               Attorneys for Plaintiffs
12                              MATTHEW MULLENWEG
                             and AUTOMATTIC INC.

15 DATED: 1/27/06           MCNEES WALLACE & NURICK, LLC
16                              By: _____
17                              Jonathan P. Miller
                             Attorneys for Defendants
18                              RIC JOHNSON
19                              and OPENDOMAIN.ORG

DISMISSAL

*Mullenweg v. Ric Johnson, et al.*                                           Case No. C 05 4954 WHA

## PROOF OF SERVICE

I, Kathleen Osterhout, declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On January 27, 2006, I served the following documents:

### STIPULATION FOR DISMISSAL WITH PREJUDICE

☐ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ by **OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand to the offices of the addressee.

> Jonathan P. Miller
> McNees Wallace & Nurick LLC
> P.O. Box 1166
> 100 Pine Street
> Harrisburg, PA  17108

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 27, 2006, at East Palo Alto, California.

*/s/ Kathleen Osterhout*
Kathleen Osterhout

sv-fs1\23131v01

Proof of Service